**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DEBRA BERNICE BREWER**   **PLAINTIFF**

**V.**   **NO. 3:13CV00013-JMV**

**COMMISSIONER OF SOCIAL SECURITY**   **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court on the claimant's complaint pursuant to 42 U.S.C. § 405(g) for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her applications for a period of disability and disability insurance benefits and for supplemental security income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit.

Consistent with the memorandum opinion entered this day,

**IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner is hereby **AFFIRMED**, and this case is dismissed.

This, the 29th day of August, 2013.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE